Case 1:25-mj-00198-GMH     Document 1-1

Case: 1:25-mj-00198
Assigned To: Judge Harvey, G. Michael
Assign. Date: 9/2/2025
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF OFFENSE**

On August 12, 2025, at approximately 1:20 a.m., Metropolitan Police Department Sergeant Jeremy Brady observed a white Ford Taurus with Virginia license plate TCH8034 ("Vehicle-1") traveling eastbound in the 1400 block of Spring Road Northwest in Washington, D.C. As Vehicle-1 passed Sergeant Brady, Sergeant Brady observed that the side and rear windows had a dark window tint, which blocked visibility into the vehicle.

Sergeant Brady conducted a traffic stop of Vehicle-1. The driver provided a Virginia Identification Card with the name Marshall Morgan ("MORGAN"). Sergeant Brady searched a law enforcement database and determined that MORGAN did not have a valid driver's license. Sergeant Brady asked MORGAN to exit the vehicle, and MORGAN complied. MPD placed MORGAN under arrest for operating a motor vehicle without a license.

Search incident to arrest, MPD officers recovered a single bag containing 3.4 grams of a white powder and rock substance from MORGAN's pocket. MORGAN identified the substance as cocaine and the substance field tested positive for cocaine.

MPD searched Vehicle-1 for additional cocaine and located a semi-automatic handgun on the floor of the vehicle near the front edge of the driver's seat.



The Department of Forensic Sciences ("DFS") responded and recovered the firearm. The recovered firearm was a 9-millimeter Ruger P85 with a fifteen-round-capacity magazine containing fifteen rounds. An additional round was recovered from the chamber.

The recovered firearm is a weapon which will or is designed to or may readily be converted to expel a projectile by the action of an explosive. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before it was recovered in the District of Columbia.

A review of MORGAN's criminal history revealed that, at the time of this offense,

MORGAN had been convicted of Possession With Intent to Distribute a Controlled Substance in 2017 in Maryland for which he received a fully suspended sentence and Robbery and Use or Display of a Firearm in the Commission of a Felony in 2006 in Virginia for which he received a sentence of eight years of imprisonment.  These crimes are punishable by a term of imprisonment of greater than one year.

  As such, your affiant submits that probable cause exists to charge Marshall Morgan, with a violation of 18 U.S.C. § 922(g)(1), which makes it a crime for a convicted felon to possess a firearm and ammunition.

                Respectfully submitted,

                Jeremy Brady
                Sergeant, Badge #S-546
                Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on September 2, 2025.

                HONORABLE G. MICHAEL HARVEY
                UNITED STATES MAGISTRATE JUDGE