# EXHIBIT A

**From:** Green, Jacob (USADC) <Jacob.Green3@usdoj.gov>
**Sent:** Monday, September 15, 2025 9:25 AM
**To:** jmarston@sheppardmullin.com <jmarston@sheppardmullin.com>
**Subject:** 9.15.2025 Disclosure (Cardinal)

Good morning Counsel,

On September 15, 2025, the government spoke with MPD narcotics expert Sgt. Alvin Cardinal. Sgt. Cardinal advised that 3.4 grams of cocaine would cost approximately $150. He further said that he would not recommend charging possession with intent to distribute for that amount of narcotics absent additional indicia of distribution.

Best,

Jake Green
Assistant United States Attorney
United States Attorney's Office for the District of Columbia
601 D Street NW
Washington, D.C. 20530
(202) 803-1617
Jacob.green3@usdoj.gov