IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 25-mj-198 |
| v. : | |
| : | |
| MARSHALL MORGAN, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE
PRELIMINARY HEARING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to continue the October 9, 2025 Preliminary Hearing in the above-captioned matter for approximately three weeks. The undersigned has spoken with Defense Counsel who joins in this request. In support of this motion, the Government states the following:

The Defendant was arrested in this case on September 10, 2025 and appeared for his initial appearance that same day. On September 12, 2025, the Defendant was released on conditions. On September 23, 2025, the Government conveyed a plea offer, which is contingent upon the Defendant accepting the offer before a Preliminary Hearing is held and before the case is indicted. On October 3, 2025, Defense Counsel made a counteroffer. The parties are therefore requesting additional time to explore a resolution in this case before the next hearing.

The Government therefore recommends a three-week continuance, and the Defense joins in this request.

The defense does not oppose exclusion of time under the Speedy Trial Act until the newly scheduled hearing date.

The defense does not oppose the relief sought in this motion.

1

## **CONCLUSION**

WHEREFORE, for all of the foregoing reasons, the United States respectfully requests that its motion be granted.

                                                                 Respectfully submitted,

                                                                 JEANINE FERRIS PIRRO
                                                                 United States Attorney

By:    /s/ Jacob M. Green
        JACOB M. GREEN
        MA Bar No. 706143
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, D.C. 20530
        202-803-1617
        Jacob.green3@usdoj.gov